Todd M. Friedman (SBN 216752)
LAW OFFICES OF TODD M. FRIEDMAN, P.C.
21550 Oxnard St. Suite 780,
Woodland Hills, CA 91367
Phone: 323-306-4234
Fax: 866-633-0228
tfriedman@toddflaw.com
*Attorney for Plaintiff*

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CAROLYN NAVARRO, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>GREENSPIRE HOLDINGS, LLC D/B/A GREENSPIRE, and DOES 1 through 10, inclusive, and each of them,<br><br>Defendant. | Case No.<br><br>**2:19-cv-01614**<br>**NOTICE OF VOLUNTARY DISMISSAL OF ENTIRE ACTION WITHOUT PREJUDICE.** |

**NOTICE IS HEREBY GIVEN** that Plaintiff, pursuant to Federal Rule of Civil Procedure 41(a)(1), hereby voluntarily dismisses this action without prejudice. Defendant has neither answered Plaintiff's Complaint, nor filed a motion for summary judgment. Although this case was filed as a class action, no class has been certified, and court approval of this voluntary dismissal is therefore not required under Rule 23(a) of the Federal Rules of Civil Procedure. Accordingly, this matter may be dismissed without prejudice and without an Order of the Court.

Respectfully submitted this 27th Day of March, 2019.

By: s/Todd M. Friedman Esq.
Todd M. Friedman
Attorney For Plaintiff

# CERTIFICATE OF SERVICE

Filed electronically on March 27, 2019 with:

United States District Court CM/ECF system

Notification sent electronically on March 27, 2019, to:

To the Honorable Court, all parties and their Counsel of Record

s/ Todd M. Friedman
   Todd M. Friedman